IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MARY KELLOGG,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | No. CV 07-083-TUC-RCC<br><br>**ORDER** |

**DECISION BY THE COURT.** This action having come before the Court and a decision rendered. The Court adopted the Magistrate Judge's Report and Recommendation (Docket No. 24).

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment (Docket No. 13) is **DENIED IN PART,** as to the remand for immediate payment of benefits **AND GRANTED IN PART** for remand for further proceedings and the Defendant's Cross Motion for Summary Judgment (Docket No. 14) is **DENIED.**

**IT IS FURTHER ORDERED** that this matter be **REMANDED** for further proceedings, as discussed in the Report and Recommendation.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment and close this case.

DATED this 31st day of March, 2008.

Raner C. Collins
United States District Judge